UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 99-10169-001 PBS |
| | ) | |
| LEROY A. BERRY | | |

### ORDER

Saris, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant LEROY A. BERRY to Bank of Boston and Fleet Bank as part of the sentence imposed November 08, 1999, shall be paid instead to Bank of America, the successor to Bank of Boston and Fleet Bank..

Dated: October 2L, 2009

_____
Patti B. Saris, U.S.D.J.